OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

**OFFICIAL BUSINESS**
**STATE OF TEXAS**
**PENALTY FOR**
**PRIVATE USE**

02 1R
0006557458
MAILED FROM ZIPCODE 78701

UNITED STATES POSTAGE
PITNEY BOWES
$ 00.26⁵
JAN 09 2015

1/5/2015

WHITE, RODNEY LAMAR    Tr. Ct. No. W02-19965-P (A)    WR-82,675-01

On this day, the application for 11.07 Writ of Habeas Corpus has been received and presented to the Court.

Abel Acosta, Clerk

RODNEY LAMAR WHITE
MOORE UNIT - TDC # 1285935

**RTS: OFFENDER NO LONGER**
**IN THE SYSTEM**

VAC

